# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                           NO. 2022 KW 1061

VERSUS

JEROME JONES                                          **DECEMBER 1, 2022**

---

In Re:     Jerome Jones, applying for supervisory writs, 18th
           Judicial District Court, Parish of Iberville, No. 935-
           84.

---

**BEFORE:     WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

<u>a.s.</u>
   DEPUTY CLERK OF COURT
      FOR THE COURT